IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:20-CR-00505-D-2

**United States of America**,

v.

**Darius Tyrell Hinton**,

Defendant.

**Order**

At the request of the parties, the court modifies the defendant's conditions of release to allow him to travel to the Middle and Western Districts of North Carolina for work-related purposes. All other conditions of release remain unchanged.

Dated: March 24, 2021

_____
Robert T. Numbers, II
United States Magistrate Judge