UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:20-CR-505-D-2

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | **ORDER TO SEAL** |
| ) | **[DOCKET ENTRY NUMBER 92]** |
| DARIUS TYRELL HINTON, ) | |
| ) | |
| Defendant. ) | |

Upon Motion of the Defendant, it is hereby **ORDERED** that Docket Entry Number 92 be sealed until such time as the Court determines that the aforementioned filing should be unsealed.

**SO ORDERED.** This, the **12** day of **July**, 2021.

_____
JAMES C. DEVER III
United States District Judge