UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:20-CR-505-D-2

| | |
|---|---|
| UNITED STATES OF AMERICA | )<br>) |
| v. | ) **ORDER TO SEAL**<br>) **[DOCKET ENTRY NUMBER 104]** |
| DARIUS TYRELL HINTON, | )<br>) |
| Defendant. | ) |

Upon Motion of the Defendant, it is hereby **ORDERED** that Docket Entry Number 104 be sealed until such time as the Court determines that the aforementioned filing should be unsealed.

**SO ORDERED**. This, the _5_ day of _October_, 2021.

JAMES C. DEVER III
United States District Judge