UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Darius Tyrell Hinton**                    **Docket No. 5:20-CR-505-2D**

### Petition for Action on Supervised Release

COMES NOW Danele N. Williams, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Darius Tyrell Hinton, who, upon an earlier plea of guilty to Bank Fraud, in violation of 18 U.S.C. § 1344, was sentenced by the Honorable James C. Dever III, U.S. District Judge, on February 7, 2022, to the custody of the Bureau of Prisons for a term of 24 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 60 months.

Darius Tyrell Hinton was released from custody on December 6, 2023, at which time the term of supervised release commenced.

On June 18, 2025, a Violation Report was submitted to the court which alleged that the defendant committed the offenses of felonious Breaking and Entering to Terrorize or Injure, misdemeanor Injury to Personal Property, and misdemeanor Larceny (23CR477634) in Wake County, North Carolina on December 9, 2023. The defendant was also alleged to have committed misdemeanor Injury to Personal Property, Communicating Threats, and Crime of Domestic Violence (24CR254974) in Wake County, on March 11, 2024.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

After discussions with the defendant and reviewing his criminal history, it is recommended that a Cognitive Behavioral Therapy condition be added to assist him with addressing criminal thinking patterns and avoiding risky behavior in the future.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall participate in a cognitive behavioral program as directed by the probation office.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,                    I declare under penalty of perjury that the foregoing is true and correct.


/s/ Melissa K. Lunsmann                    /s/ Danele N. Williams
Melissa K. Lunsmann                        Danele N. Williams
Supervising U.S. Probation Officer         U.S. Probation Officer
                                           310 New Bern Avenue, Room 610
                                           Raleigh, NC 27601-1441
                                           Phone: 919-861-8807
                                           Executed On: May 6, 2026

**Darius Tyrell Hinton**
**Docket No. 5:20-CR-505-2D**
**Petition For Action**
**Page 2**

## ORDER OF THE COURT

Considered and ordered this _____8_____ day of _____May_____, 2026, and ordered filed and made a part of the records in the above case.

_____
James C. Dever III
U.S. District Judge