UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Darius Tyrell Hinton** **Docket No. 5:20-CR-505-2D**

**Petition for Action on Supervised Release**

COMES NOW Danele N. Williams, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Darius Tyrell Hinton, who, upon an earlier plea of guilty to Bank Fraud, in violation of 18 U.S.C. § 1344, was sentenced by the Honorable James C. Dever III, U.S. District Judge, on February 7, 2022, to the custody of the Bureau of Prisons for a term of 24 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 60 months.

Darius Tyrell Hinton was released from custody on December 6, 2023, at which time the term of supervised release commenced.

On June 18, 2025, a Violation Report was submitted to the court which alleged that the defendant committed the offenses of felonious Breaking and Entering to Terrorize or Injure, Misdemeanor Injury to Personal Property, and Misdemeanor Larceny (23CR477634) in Wake County, North Carolina on December 9, 2023. The defendant was also alleged to have committed Misdemeanor Injury to Personal Property, Communicating Threats, and Crime of Domestic Violence (24CR254974) in Wake County, on March 11, 2024.

On May 6, 2026, a Petition for Action was submitted to the court recommending that the defendant participate in a cognitive behavioral program. The court agreed with this modification.

On June 12, 2026, a Petition for Action was approved by the court addressing U.S. v. McLaurin. At that time, the court ordered that the defendant be subject to the mandatory conditions that were imposed at sentencing, the standard conditions, as referenced in the current standing order for the Eastern District of North Carolina, and special conditions imposed by the court.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On October 17, 2026, the defendant was charged with two counts of Misdemeanor Assault on Female, two counts of Misdemeanor Crime of Domestic Violence, and Injury to Personal Property (26CR432522) in Wake County, North Carolina. This officer spoke to the victim, who denied the offenses occurred and stated that she would not participate in any future state proceedings. It is recommended that no court action be taken at this time and the matter be allowed to be resolved in state court. However, due to the repeated allegations with the same parties involved, this officer is also recommending the defendant undergo mental health counseling, and limit contact with the victim.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall participate in a program of mental health treatment, as directed by the probation office.

2. The defendant shall not have any contact or communication with Nastasia Culbreth, unless it is directly related to their children.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,

/s/ Melissa K. Lunsmann
Melissa K. Lunsmann
Supervising U.S. Probation Officer

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Danele N. Williams
Danele N. Williams
U.S. Probation Officer
310 New Bern Avenue, Room 610
Raleigh, NC 27601-1441
Phone: 919-861-8807
Executed On: November 10, 2026

**ORDER OF THE COURT**

Considered and ordered this 10 day of November, 2026, and ordered filed and made a part of the records in the above case.

J. Dever
James C. Dever III
U.S. District Judge